People ex rel. O'Donnell v Richards
2026 NY Slip Op 03909
June 18, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, ex rel. Kevin P. O'Donnell, on behalf of Christopher Sanchez, petitioner,
v
Stanley Richards, etc., respondent.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 18, 2026
2026-05400
Colleen D. Duffy, J.P.
William G. Ford
Carl J. Landicino
Elena Goldberg Velazquez, JJ.

Kevin P. O'Donnell, Kew Gardens, NY, petitioner pro se.
Letitia James, Attorney General, White Plains, NY (Jason Navia of counsel), for respondent.

[*1]
DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Christopher Sanchez upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 71806/2026.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger, 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson, 48 NY2d 230).
DUFFY, J.P., FORD, LANDICINO and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court